# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN DREW ALMY,
Appellant,
vs.
ISIDRO BACA, WARDEN OF
NORTHERN NEVADA
CORRECTIONAL CENTER,
Respondent.

No. 71088

**FILED**

SEP 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying appellant Kevin Almy's June 28, 2016, postconviction petition for a writ of habeas corpus (credits). First Judicial District Court, Carson City; James Todd Russell, Judge.

Almy challenges the computation of time served with respect to his parole eligibility. In response to an order of this court, the attorney general advises that Almy has had a parole hearing on his final sentence and has been granted parole. Because a parole hearing was the only relief available to Almy, he has in fact been granted parole, and no statutory authority or case law permits a retroactive grant of parole, *see Niergarth v. Warden*, 105 Nev. 26, 29, 768 P.2d 882, 884 (1989), Almy's claim is moot.

17-30874

*See Johnson v. Dir., Nev. Dep'tc of Prisons*, 105 Nev. 314, 316, 774 P.2d 1047, 1049 (1989).  Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. James Todd Russell, District Judge
     Kevin Drew Almy
     Attorney General/Carson City
     Attorney General/Las Vegas
     Carson City Clerk

---

[1]We have reviewed all documents that appellant has filed in pro se in this matter, and we conclude that no relief based upon those submissions is warranted.